IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| RONALD PAINTER, | ) | |
| Plaintiff | ) | |
| | ) | |
| vs. | ) | Civil Action No. 05-1273 |
| | ) | Judge Terrence F. McVerry/ |
| LT. ROXANNE KLEPER, | ) | Magistrate Judge Amy Reynolds Hay |
| Defendant | ) | |

## ORDER

AND NOW, this 24th day of April, 2008, after the Plaintiff, Ronald Painter, filed an action in the above-captioned case, and after Defendant Roxanne Kleper filed a Motion for Summary Judgment, and after a Report and Recommendation was filed by the United States Magistrate Judge giving the partied until April 21, 2008 to file written objections thereto, and no objections having been filed, and upon independent review of the record, and upon consideration of the Magistrate Judge's Report and Recommendation, which is adopted as the opinion of this Court,

IT IS HEREBY ORDERED that Defendant Roxanne Kleper's Motion for Summary Judgment [59] is denied.

s/ Terrence F. McVerry
TERRENCE F. McVERRY
United States District Judge

cc: Honorable Amy Reynolds Hay
United States Magistrate Judge

Taras M. Wochok, Esquire
Email: sefwochok@aol.com

Marie Milie Jones, Esq.
Michael R. Lettrich, Esq.
Email: mjones@mdbbe.com
Email: mlettrich@mdbbe.com